AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Sterling L. Singleton | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.     9:19-cv-02840-JMC |
| Cpt. Jordan Williams, Sgt. Wellington Williams, Sgt. Dana Knowlin, Sgt. Chris Poindexter, Sgt. Donald Harper, Ofc. Zackery Pinkney, | ) ) ) |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: Plaintiff, Sterling L. Singleton, shall take nothing of Defendants, Cpt. Jordan Williams, Sgt. Wellington Williams, Sgt. Dana Knowlin, Sgt. Chris Poindexter, Sgt. Donald Harper, Ofc. Zackery Pinkney, as to the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed, without prejudice, for failure to prosecute.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Bristow Marchant, United States Magistrate Judge.

Date:   May 29, 2020

*ROBIN L. BLUME, CLERK OF COURT*

*s/H.Adaway*

*Signature of Clerk or Deputy Clerk*